dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Jacob Berman, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Gilbert H. Montague v. Gano, Moore Coal Mining Co., Inc., Impleaded with Gano, Moore Co., Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Harry Zucker, Doing Business, etc., v. Southern Glass Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Levering & Garrigues Company v. 140th Street Storage Corporation, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Richard Vom Hofe v. David J. McK. Glasson and Another, as Sole Surviving Executor, etc., of John James Glasson, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Richard Vom Hofe v. David J. McK. Glasson and Another, as Sole Surviving Executor, etc., of John James Glasson, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

George P. Langford v. Levi A. Fessenden and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Solomon Doblin v. Husqvarna Vapenfabriks Aktiebolag and Others, Impleaded with Seymour Mork, Receiver, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Lee Brothers, Inc., v. Carabao Building Co., Inc., and Others, Impleaded with Lido Building Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Mae Blank v. Equitable Surety Company of New York, Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of The Equitable Trust Company of New York, as Trustee, etc., of William Kramer, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

William Heinecke v. Polygraphische Gesellschaft auf Laupenberne and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

William Heinecke v. Polygraphische Gesellschaft auf Laupenberne and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Detroit Fidelity and Surety Company v. Murray Blank.— Motion to